# Order

Michigan Supreme Court
Lansing, Michigan

December 20, 2010

141729

JOHN LEVAINE,
        Plaintiff-Appellee,

v

R.J. TOWER CORPORATION and FIDELITY
AND GUARANTY INSURANCE COMPANY,
        Defendants-Appellants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141729
COA: 296762
WCAC: 09-000011

On order of the Court, the application for leave to appeal the August 3, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010                                                     _____
                                                          Clerk

1213